Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

____Civil____ Division

| | | |
|---|---|---|
| Lucretia Brinson | ) | Case No. 1:24-mi-99999 |
| | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| *Plaintiff(s)* | ) | Jury Trial: *(check one)* ☑Yes ☐No |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| | ) | |
| Deloitte LLP | ) | |
| Deloitte Consulting LLP | ) | |
| Deloitte & Touche LLP Deloitte Services LP | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lucretia Brinson |
| Street Address | 3966 Bellingrath Main NW |
| City and County | Kennesaw; Cobb County |
| State and Zip Code | Georgia; 30144 |
| Telephone Number | |
| E-mail Address | |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Deloitte LLP; Deloitte & Touche LLP; Deloitte Consulting LLP + |
| Job or Title *(if known)* | |
| Street Address | 30 Rockefeller Plaza  41st Floor |
| City and County | New York |
| State and Zip Code | New York 10112-0015 |
| Telephone Number | (212) 492-4000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Deloitte LLP; Deloitte & Touche LLP; Deloitte Consulting LLP + |
| Job or Title *(if known)* | |
| Street Address | 1230 Peachtree Rd NW #3100 |
| City and County | Atlanta |
| State and Zip Code | Georgia |
| Telephone Number | (855) 335-0777 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Deloitte in Georgia location (see above) and other (see below) |
| Street Address | Salesforce Tower, 111 Monument Cir Suite 4200 |
| City and County | Indianapolis |
| State and Zip Code | Indiana 46204 |
| Telephone Number | (317) 464-8600 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Section 1981 of Title 42 (42 U.S.C. 1981) and Breach of Contract 28 U.S.C. 1332

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

### III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐   Failure to hire me.

☑   Termination of my employment.

☑   Failure to promote me.

☐   Failure to accommodate my disability.

☑   Unequal terms and conditions of my employment.

☑   Retaliation.

☑   Other acts *(specify):*   other prohibited practices; breach of employment contract

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

May 2013 throughout employment life cycle

C.   I believe that defendant(s) *(check one)*:

☑   is/are still committing these acts against me.

☐   is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑   race     Racially charged statements were made

☑   color     Racially charged statements were made

☐   gender/sex

☐   religion

☐   national origin

☐   age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

☐   disability or perceived disability *(specify disability)*

E.   The facts of my case are as follows.  Attach additional pages if needed.

The plaintiff belongs to a protected class, applied and was qualified for job/subsequent promotions, the job offer/subsequent employment terms were subject to burdensome conditions not related to bona fide occupational qualifications (stereotypes about ability to assililate; successfully perform; hiring managers' preferences), and when the plaintiff requested explanation for the discriminatory differences in requirements and treatment, the working environment grew more hostile, including racially charged statements ("my father is a racist"; "...suggesting fried chicken and ....jordans"; "drive by shootings"; "you don't look like I expected"; sharing preference for "...Michael Jackson bleaching his skin"; using "....chocolate as a metaphor for curse word and later using for Black History Month communication ";they

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.     The Equal Employment Opportunity Commission *(check one)*:

☐      has not issued a Notice of Right to Sue letter.

☑      issued a Notice of Right to Sue letter, which I received on *(date)* _____ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐      60 days or more have elapsed.

☐      less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff re-alleges and incorporates by reference all of the proceeding paragraphs in this complaint. Plaintiff requests a trial by jury on all issues so triable. Plaintiff requests general and special compensatory damanges; punative damages; reasonable  attorney's fees and costs; such further and different relief as is just and proper (reinstatement; back pay; forward pay; emotional distress) or that is necessary to make the Plaintiff whole.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   06/01/2024

Signature of Plaintiff

Printed Name of Plaintiff   Lucretia Brinson

### B.   For Attorneys

Date of signing:   06/03/2024

Signature of Attorney   /s/ Keith Mosley II

Printed Name of Attorney   Keith Mosley II

Bar Number   203514

Name of Law Firm

Street Address   2161 Peachtree Rd #403

State and Zip Code   Atlanta, Ga 30309

Telephone Number   404.725.6181

E-mail Address   keith.mosley@mosley-law.com

Print    Save As...    Add Attachment    Reset